[No. 20909. Department One. January 13, 1928.]

THE STATE OF WASHINGTON, *on the Relation of McPherson Brothers Company, Appellant*, v. W. S. SHUMWAY *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Okanogan county, Neal, J., entered January 17, 1927, in certiorari proceedings to review the grant of a bridge franchise. Affirmed.

*Peter McPherson, Wilson C. Gresham*, and *C. B. Hughes*, for appellant.

*Johnson & O'Connor, Sam R. Sumner*, and *Hartman & Hartman*, for respondents.

PER CURIAM.—This is a companion case to *State ex rel. McPherson Brothers v. Jones, ante*, p. 55, 261 Pac. 640, and on the authority of that case the judgment is affirmed.

---

[No. 20649. *En Banc.* February 6, 1928.]

THE STATE OF WASHINGTON, *Respondent*, v. LYTLE S. ADAMS, *Appellant.*[2]

Appeal from a judgment of the superior court for Wahkiakum county, Hewen, J., entered February 23, 1927, upon a trial and conviction of grand larceny. Affirmed.

*Fred M. Bond, Scott Z. Henderson, George H. Rummens, Walter F. Meier, Hugh M. Caldwell, Troy & Yantis*, and *H. P. Troy*, for appellant.

*George Hanigan* and *W. H. Sibbald*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the opinion heretofore filed herein, and reported in 144 Wash. 363, 258 Pac. 23.

The judgment is therefore affirmed.

[1]Reported in 262 Pac. 1119.
[2]Reported in 263 Pac. 746.